# Attn:Rochelle Yvette Driessen(Contact Bank for Winning Transfer.)

To rochell_38@hotmail.com
From: **UK National Lottery** (info@uknlotprog.com)
Sent: Sat 2/25/12 7:18 PM
To:     rochell_38@hotmail.com



**PROCESSING  DEPARTMENT**
**26 Stanhope Road**
**Kent CT14 6AD London**
**United Kingdom**

**ATTN: Winner,**

CONGRATULATIONS !

Sorry for my delay getting back to you, We have recieved your filled claims form. Appropriate verifications has also been carried out and you have been officially cleared for payment by the accreditation/screening committee of UK National Lottery ONLINE SWEEPSTAKES INTERNATION PROGRAM 2012.

In the light of this, you are required to contact Mr. James Harry of Citi Bank Plc who is in charge of payment for our lottery winners.

**FIND HIS DETAILS BELOW:**
**BANK NAME:  Citi Bank Plc.**
**BANK ADDRESS:  152 Kirtling Street, Vauxhall, London SW8 5BP England.**
**CONTACT PERSON:  Mr. James Harry**
**FAX:       +44 870 479 0889**
**PHONE :   +44 871 915 1652**
**E-MAIL:** account@citibk-online.com

Do ensure to inform me of your further correspondence with the bank in order for me to advice you on further actions to take in ensuring that your winnings is appropriately remmitted to you. I will await your urgent response.

Thank you and Accept my hearty congratulations once again..

Yours Sincerely,
March Wills

Exhibit "A"