# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3009

Rochelle Driessen

Appellant

v.

CitiBank, N.A.

Appellee

---

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:13-cv-04018-LLP)

---

### MANDATE

In accordance with the judgment of 10/24/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 02, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit